IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| Richard D. Corn, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) Case No. 11-3035-CV-S-JTM |
| | ) |
| Michael J. Astrue, | ) |
| | ) |
| Defendant. | ) |

## ORDER

On Thursday, November 11, 2011, the Court heard oral argument on *Plaintiff's Social Security Brief*, filed July 1, 2011 [Doc 12] and the *Brief Of Defendant*, filed August 8, 2011 [Doc. 13]. After due consideration of the issues presented, and for the reasons set forth by the Court at the conclusion of the oral argument, it is

**ORDERED** that the decision of the Commissioner is **AFFIRMED**.

                                                                    */s/ John T. Maughmer*
                                                           **JOHN T. MAUGHMER**
                                                         **U. S. MAGISTRATE JUDGE**